PEEKSKILL DAIRY FARMS, INC., Respondent, v. NICHOLAS DE MARIA, ARTHUR GRAB, MIDDY DE LUCA, Appellants; ISADORE GOLDSAND, Defendant.— Action to recover for unpaid rent, for work, labor and services, and for materials furnished by the plaintiff to the defendants. Judgment of the County Court of Westchester county in favor of plaintiff reversed on the law and the facts and a new trial ordered, with costs to abide the event. The finding of the jury which imports that the plaintiff's dealings were with the four defendants individually instead of with the Peekskill Community Club, Inc., is against the weight of evidence. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BENNETT, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of a willful violation and omission of duty as a railroad employee, contrary to section 1984, subdivision 2, of the Penal Law, reversed on the law, indictment dismissed and bail exonerated. In our opinion the evidence is insufficient to establish that the defendant raised the gates after the west-bound train had passed the crossing and while the east-bound train was approaching the crossing. Nor did the People establish that the accident was caused by reason of the willful violation or omission of a duty by the defendant. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLUE WHITE LAUNDRY CO., INC., and J. E. BITTEL, President, Appellants.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Richmond, convicting the defendants of a violation of section 174 of article 5 of the Labor Law (permitting females to work in factory contrary to posted schedule) unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL FRUTKIN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of a violation of section 1292-a of the Penal Law, a misdemeanor, and sentencing him to the workhouse for thirty days, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SILBERMAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 1742 of the Penal Law in substituting and dispensing a different article for that ordered in the prescription which he filled, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY VILLANI, True Name ANTHONY JOHN VILLANI, Appellant.— Judgment of the County Court of Queens county, convicting the defendant of robbery in the first degree, grand larceny in the second degree and assault in the second degree, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.